**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF PUERTO RICO<br>SAN JUAN DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ROMERO LOPEZ, DIOSDADA** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Showwoman, Inc** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**xxx-xx-4501** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**URB ANDREAS COURT<br>B-3 CALLE IVELISE<br>TRUJILLO ALTO, PR**   ZIP CODE **00976** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**TRUJILLO ALTO** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO BOX 360721<br>SAN JUAN, PR**   ZIP CODE **00936** | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (1/08)** Page 2

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **DIOSDADA ROMERO LOPEZ** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** /s/ Irving K. Hernandez Valls 06/17/2009<br> Irving K. Hernandez Valls Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

                                                               **Page 3**

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **DIOSDADA ROMERO LOPEZ**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ DIOSDADA ROMERO LOPEZ
_____
**DIOSDADA ROMERO LOPEZ**

**X** _____

_____
Telephone Number (If not represented by attorney)

**06/17/2009**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Irving K. Hernandez Valls
_____
**Irving K. Hernandez Valls**      Bar No. **211602**

**Irving K Hernandez, PSC**
**Olimpo Plza Bldg**
**1002 Muñoz Rivera Ave Ste 207**
**San Juan, PR 00927**

Phone No.**(787) 767-0446**      Fax No.**(888) 273-4786**

06/17/2009
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6D (Official Form 6D) (12/07)

In re  **DIOSDADA ROMERO LOPEZ**                              Case No. _____

                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**FIRST BANK**<br>**PO BOX 11865**<br>**SAN JUAN PR 00910-3865** | | - | DATE INCURRED:   **05/30/2008**<br>NATURE OF LIEN:<br>**1ST. MORTGAGE**<br>COLLATERAL:<br>**4 Bedroom 3 1/2 Baths Residential Property locate**<br>REMARKS:<br><br>VALUE:                **$500,000.00** | | | | **$548,083.00** | **$48,083.00** |
| ACCT #:<br><br>**FIRST BANK OF PR**<br>**BANKRUPTCY DEPT AUTO**<br>**PO BOX 9146**<br>**SAN JUAN PR 00908-0146** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br><br>COLLATERAL:<br>**Nissan Pathfinder 2006**<br>REMARKS:<br><br>VALUE:                **$20,920.00** | | | | **$32,579.00** | **$11,659.00** |
| | | | | | | | | |
| | | | | | | | | |

|  |  |  |
|---|---|---|
| Subtotal (Total of this Page) > | **$580,662.00** | **$59,742.00** |
| Total (Use only on last page) > | **$580,662.00** | **$59,742.00** |

_____**No**_____continuation sheets attached

|  |  |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  **DIOSDADA ROMERO LOPEZ**
                                                            Case No. _____
                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **DIOSDADA ROMERO LOPEZ**                    Case No. _____
                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **INTERNAL REVENUE SERVICES PHILADELPHIA, PA 19255-0025** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $31,851.00 | $10,450.00 | $21,401.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| **Subtotals (Totals of this page) >** | $31,851.00 | $10,450.00 | $21,401.00 |
| **Total >** <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $31,851.00 | | |
| **Totals >** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $10,450.00 | $21,401.00 |

B6F (Official Form 6F) (12/07)

In re  **DIOSDADA ROMERO LOPEZ**                                    Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$14,251.00** |
| ACCT #:<br>**BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | X | | X | **$1,085.00** |
| ACCT #:  **xxxx-xxxx-xxxx-2890**<br>**BANK OF AMERICA<br>PO BOX 15726<br>WILMINGTON DE 19886-5726** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,487.00** |
| **Representing:<br>BANK OF AMERICA** | | | **CMPR, INC<br>726 Exchange Street Suite 700<br>Buffalo, NY 14210** | | | | **Notice Only** |
| ACCT #:  **xxxxxxx8-001**<br>**CENTENNIAL DE PR<br>PO BOX 71333<br>SAN JUAN PR 00936-8433** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**CELLULAR PHONE**<br>REMARKS: | | | | **$2,217.50** |
| ACCT #:  **xxx5769**<br>**Citi Financial<br>Po Box 22066<br>Tempe, AZ 85285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,074.00** |
| | | | | | | Subtotal > | **$22,114.50** |

_____**5**_____continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **DIOSDADA ROMERO LOPEZ**                              Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Citi Financial** | | | **Citifiancial Retail Serv de PR** **PO Box 71328** **San Juan, PR 00936** | | | | **Notice Only** |
| ACCT #: **Coop A/C Las Piedras** **Apartado 414** **Las Piedras, PR 00771** | | - | DATE INCURRED: CONSIDERATION: REMARKS: | | | | **$5,503.00** |
| **Representing:** **Coop A/C Las Piedras** | | | **Cristina Rodriguez Marrero** **Apto 22961** **REstacion UPR** **San Juan, PR 00931** | | | | **Notice Only** |
| ACCT #: **COSTCO** **PO BOX 60148** **CITY OF INDUSTRY CA 91716-0148** | | - | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | **$204.00** |
| **Representing:** **COSTCO** | | | **HSBC Card Services** **PO Box 60102** **City of Industry, CA 91716** | | | | **Notice Only** |
| ACCT #:  **xxx-xxxx-0030** **CRESCA** **PMB 92 PO BOX 71325** **SAN JUAN, PR 00936** | | - | DATE INCURRED: CONSIDERATION: **Collecting for - Centennial** REMARKS: | | | | **$1.00** |

Sheet no. ____1____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  |  **$5,708.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **DIOSDADA ROMERO LOPEZ**  Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **DEPARTAMENTO DE HACIENDA SECCION DE QUIEBRAS OFC 424-B PO BOX 9024140 SAN JUAN PR 00902-4140** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: <br> **Statue of Limitations Expired** | X | X | X | **$5,197.00** |
| **Representing: DEPARTAMENTO DE HACIENDA** | | | **DEPARTAMENTO DE JUSTICIA FEDERAL LITIGATION DIV PO BOX 9020192 SAN JUAN, PR 00902-0192** | | | | **Notice Only** |
| ACCT #: **xxx-xx-7334** <br> **DEPARTMENT OF TREASURY SECCION DE QUIEBRAS OFICINA 424-B PO BOX 9024140 SAN JUAN, PR 00902-4140** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$5,197.00** |
| ACCT #: <br> **DORAL BANK PO BOX 70308 SAN JUAN, PR 00936-8308** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$5,000.00** |
| ACCT #: **xxxx9012** <br> **El Nuevo Dia Dept. de Credito Apt 9067512 San Juan, P.R. 00906-7512** | | - | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | **$188,489.34** |
| **Representing: El Nuevo Dia** | | | **Saldana & Saldana Egozque 208 Ave Ponce de Leon Suite 1420 San Juan, PR 00918** | | | | **Notice Only** |

Sheet no. ____2____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $203,883.34

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **DIOSDADA ROMERO LOPEZ**                    Case No. _____

                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-8963**<br>**FIA CARD SERVICES**<br>**PO BOX 15726**<br>**WILMINGTON, DE 19886-5716** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,048.25** |
| ACCT #:<br>**ISLAND FINANCE**<br>**PO Box 195369**<br>**San Juan, PR 00919** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$2,282.00** |
| ACCT #:<br>**JC PENNEY/ GEMB**<br>**c/o GECC Puerto Rico**<br>**PO Box 364788**<br>**San Juan, PR 00936** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | **$398.00** |
| ACCT #:<br>**Karl Amelia and Son**<br>**Caparra Heigth Station**<br>**PO Box 10354**<br>**San Juan, PR 00922** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$150.00** |
| ACCT #:<br>**Monitronics Funding LP**<br>**Dept Ch 8628**<br>**Palatine, IL 60055** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$185.33** |
| **Representing:**<br>**Monitronics Funding LP** | | | **Credit Management LP**<br>**PO Box 815039**<br>**Dallas, TX 75381** | | | | **Notice Only** |

Sheet no. ____3____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | **$4,063.58** |
|---|---|---|
|  | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re   **DIOSDADA ROMERO LOPEZ**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**NCO FINANCIAL SYSTEM OF PR**<br>**PO BOX 7696 DEPT. 19**<br>**PHILADELPHIA, PA 1910-7696** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,217.50** |
| ACCT #:<br>**PRTC**<br>**PO BOX 70239**<br>**SAN JUAN, PR 00936-8239** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**TELEPHONE SERVICE**<br>REMARKS: | | | | **$128.52** |
| **Representing:**<br>**PRTC** | | | **Millenium Collectino Agency, Inc**<br>**PO Box 79193**<br>**Carolina, PR 00984** | | | | **Notice Only** |
| ACCT #:<br>**R G PREMIER BANK**<br>**PO BOX 362394**<br>**SAN JUAN PR 00936-2394** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$21,954.21** |
| **Representing:**<br>**R G PREMIER BANK** | | | **Carlos Sosa Padro**<br>**PO Box 191862**<br>**San Juan, PR 00919** | | | | **Notice Only** |
| ACCT #:<br>**WFNNB**<br>**PO Box 182273**<br>**Columbus, OH 43218-2273** | | - | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$208.64** |

Sheet no. ____4____ of ____5____ continuation sheets attached to                     **Subtotal >** | **$24,508.87**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **DIOSDADA ROMERO LOPEZ**                                     Case No. _____
                                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**WFNNB** | | | **WFNNB**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**5**____ of ____**5**____ continuation sheets attached to                          **Subtotal >**    | **$0.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**    | **$260,278.29**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **DIOSDADA ROMERO LOPEZ**                                    Case No. _____
                                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**11**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **06/17/2009**_____        Signature  __**/s/ DIOSDADA ROMERO LOPEZ**_____
                                                                                        ***DIOSDADA ROMERO LOPEZ***


Date _____        Signature  _____

                                                                        [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B 201 (12/08)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
## SAN JUAN DIVISION

IN RE:   **DIOSDADA ROMERO LOPEZ**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.   Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.**  The briefing must be given within 180 days BEFORE the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2.   The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:   Liquidation  ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law.  Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

B 201 (12/08)                                                                    Page 2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
## SAN JUAN DIVISION

IN RE:   **DIOSDADA ROMERO LOPEZ**

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $39 administrative fee: Total fee $239)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.   Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Compliance with § 342(b) of the Bankruptcy Code

I,        **Irving K. Hernandez Valls**        , counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Irving K. Hernandez Valls**

Irving K. Hernandez Valls, Attorney for Debtor(s)
Bar No.: 211602
Irving K Hernandez, PSC
Olimpo Plza Bldg
1002 Muñoz Rivera Ave Ste 207
San Juan, PR 00927
Phone: (787) 767-0446
Fax: (888) 273-4786
E-Mail: irving@ikhlaw.com

B 201 (12/08)                                                                                    Page 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**SAN JUAN DIVISION**

IN RE:   **DIOSDADA ROMERO LOPEZ**


**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.


**DIOSDADA ROMERO LOPEZ**                              X   **/s/ DIOSDADA ROMERO LOPEZ**          **06/17/2009**
_____                           Signature of Debtor                     Date

Printed Name(s) of Debtor(s)                          X   _____

Case No. (if known)  _____                   Signature of Joint Debtor (if any)          Date

DIOSDADA ROMERO LOPEZ
URB ANDREAS COURT
B-3 CALLE IVELISE
TRUJILLO ALTO, PR 00976


Irving K Hernandez, PSC
Olimpo Plza Bldg
1002 Muñoz Rivera Ave Ste 207
San Juan, PR 00927

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745

Credit Management LP
PO Box 815039
Dallas, TX 75381

FIA CARD SERVICES
PO BOX 15726
WILMINGTON, DE 19886-5716

BANK OF AMERICA
PO BOX 15726
WILMINGTON DE 19886-5726

CRESCA
PMB 92 PO BOX 71325
SAN JUAN, PR 00936

FIRST BANK
PO BOX 11865
SAN JUAN PR 00910-3865

Carlos Sosa Padro
PO Box 191862
San Juan, PR 00919

Cristina Rodriguez Marrero
Apto 22961
REstacion UPR
San Juan, PR 00931

FIRST BANK OF PR
BANKRUPTCY DEPT AUTO
PO BOX 9146
SAN JUAN PR 00908-0146

CENTENNIAL DE PR
PO BOX 71333
SAN JUAN PR 00936-8433

DEPARTAMENTO DE HACIENDA
SECCION DE QUIEBRAS OFC 424-B
PO BOX 9024140
SAN JUAN PR 00902-4140

HSBC Card Services
PO Box 60102
City of Industry, CA 91716

Citi Financial
Po Box 22066
Tempe, AZ 85285

DEPARTAMENTO DE JUSTICIA
FEDERAL LITIGATION DIV
PO BOX 9020192
SAN JUAN, PR 00902-0192

INTERNAL REVENUE SERVICES
PHILADELPHIA, PA 19255-0025

Citifiancial Retail Serv de PR
PO Box 71328
San Juan, PR 00936

DEPARTMENT OF TREASURY
SECCION DE QUIEBRAS OFICINA 424
PO BOX 9024140
SAN JUAN, PR 00902-4140

ISLAND FINANCE
PO Box 195369
San Juan, PR 00919

CMPR, INC
726 Exchage Street Suite 700
Buffalo, NY 14210

DIOSDADA ROMERO LOPEZ
PO BOX 360721
SAN JUAN, PR 00936

JC PENNEY/ GEMB
c/o GECC Puerto Rico
PO Box 364788
San Juan, PR 00936

Coop A/C Las Piedras
Apartado 414
Las Piedras, PR 00771

DORAL BANK
PO BOX 70308
SAN JUAN, PR 00936-8308

Karl Amelia and Son
Caparra Heigth Station
PO Box 10354
San Juan, PR 00922

COSTCO
PO BOX 60148
CITY OF INDUSTRY CA 91716-0148

El Nuevo Dia
Dept. de Credito
Apt 9067512
San Juan, P.R. 00906-7512

Millenium Collectino Agency, In
PO Box 79193
Carolina, PR 00984

```
Monitronics Funding LP
Dept Ch 8628
Palatine, IL 60055



NCO FINANCIAL SYSTEM OF PR
PO BOX 7696 DEPT. 19
PHILADELPHIA, PA 1910-7696



PRTC
PO BOX 70239
SAN JUAN, PR 00936-8239



R G PREMIER BANK
PO BOX 362394
SAN JUAN PR 00936-2394



Saldana & Saldana Egozque
208 Ave Ponce de Leon Suite 142
San Juan, PR 00918



WFNNB
PO Box 182273
Columbus, OH 43218-2273



WFNNB
PO Box 182125
Columbus, OH 43218-2125
```

*Irving K. Hernandez Valls, Bar No. 211602*
*Irving K Hernandez, PSC*
*Olimpo Plza Bldg*
*1002 Muñoz Rivera Ave Ste 207*
*San Juan, PR 00927*
*(787) 767-0446*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*DISTRICT OF PUERTO RICO*
*SAN JUAN DIVISION*

In re:                                          Case No.:

**DIOSDADA ROMERO LOPEZ**                        SSN:  __xxx-xx-4501__

                                                SSN:  _____

Debtor(s)                       **Numbered Listing of Creditors**

Address:

**URB ANDREAS COURT**            Chapter:   **7**
**B-3 CALLE IVELISE**
**TRUJILLO ALTO, PR 00976**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.  BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | Unsecured Claim | $14,251.00 |
| 2.  BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | Unsecured Claim | $1,085.00 |
| 3.  BANK OF AMERICA<br>PO BOX 15726<br>WILMINGTON DE 19886-5726<br>xxxx-xxxx-xxxx-2890 | Unsecured Claim | $1,487.00 |
| 4.  Carlos Sosa Padro<br>PO Box 191862<br>San Juan, PR 00919 | Unsecured Claim | $0.00 |
| 5.  CENTENNIAL DE PR<br>PO BOX 71333<br>SAN JUAN PR 00936-8433<br>xxxxxxx8-001 | Unsecured Claim | $2,217.50 |
| 6.  Citi Financial<br>Po Box 22066<br>Tempe, AZ 85285<br>xxx5769 | Unsecured Claim | $3,074.00 |

in re:   **DIOSDADA ROMERO LOPEZ**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 7. | Citifiancial Retail Serv de PR<br>PO Box 71328<br>San Juan, PR 00936 | Unsecured Claim | $0.00 |
| 8. | CMPR, INC<br>726 Exchage Street Suite 700<br>Buffalo, NY 14210 | Unsecured Claim | $0.00 |
| 9. | Coop A/C Las Piedras<br>Apartado 414<br>Las Piedras, PR 00771 | Unsecured Claim | $5,503.00 |
| 10. | COSTCO<br>PO BOX 60148<br>CITY OF INDUSTRY CA 91716-0148 | Unsecured Claim | $204.00 |
| 11. | Credit Management LP<br>PO Box 815039<br>Dallas, TX 75381 | Unsecured Claim | $0.00 |
| 12. | CRESCA<br>PMB 92 PO BOX 71325<br>SAN JUAN, PR 00936<br>xxx-xxxx-0030 | Unsecured Claim | $1.00 |
| 13. | Cristina Rodriguez Marrero<br>Apto 22961<br>REstacion UPR<br>San Juan, PR 00931 | Unsecured Claim | $0.00 |
| 14. | DEPARTAMENTO DE HACIENDA<br>SECCION DE QUIEBRAS OFC 424-B<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | Unsecured Claim | $5,197.00 |
| 15. | DEPARTAMENTO DE JUSTICIA<br>FEDERAL LITIGATION DIV<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | Unsecured Claim | $0.00 |

in re:   **DIOSDADA ROMERO LOPEZ**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 16. | DEPARTMENT OF TREASURY<br>SECCION DE QUIEBRAS OFICINA 424-B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140<br>xxx-xx-7334 | Unsecured Claim | $5,197.00 |
| 17. | DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | Unsecured Claim | $5,000.00 |
| 18. | El Nuevo Dia<br>Dept. de Credito<br>Apt 9067512<br>San Juan, P.R. 00906-7512<br>xxxx9012 | Unsecured Claim | $188,489.34 |
| 19. | FIA CARD SERVICES<br>PO BOX 15726<br>WILMINGTON, DE 19886-5716<br>xxxx-xxxx-xxxx-8963 | Unsecured Claim | $1,048.25 |
| 20. | FIRST BANK<br>PO BOX 11865<br>SAN JUAN PR 00910-3865 | Secured Claim | $548,083.00 |
| 21. | FIRST BANK OF PR<br>BANKRUPTCY DEPT AUTO<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | Secured Claim | $32,579.00 |
| 22. | HSBC Card Services<br>PO Box 60102<br>City of Industry, CA 91716 | Unsecured Claim | $0.00 |
| 23. | INTERNAL REVENUE SERVICES<br>PHILADELPHIA, PA 19255-0025 | Priority Claim | $31,851.00 |
| 24. | ISLAND FINANCE<br>PO Box 195369<br>San Juan, PR 00919 | Unsecured Claim | $2,282.00 |

in re:   **DIOSDADA ROMERO LOPEZ**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 25. | JC PENNEY/ GEMB<br>c/o GECC Puerto Rico<br>PO Box 364788<br>San Juan, PR 00936 | Unsecured Claim | $398.00 |
| 26. | Karl Amelia and Son<br>Caparra Heigth Station<br>PO Box 10354<br>San Juan, PR 00922 | Unsecured Claim | $150.00 |
| 27. | Millenium Collectino Agency, Inc<br>PO Box 79193<br>Carolina, PR 00984 | Unsecured Claim | $0.00 |
| 28. | Monitronics Funding LP<br>Dept Ch 8628<br>Palatine, IL 60055 | Unsecured Claim | $185.33 |
| 29. | NCO FINANCIAL SYSTEM OF PR<br>PO BOX 7696 DEPT. 19<br>PHILADELPHIA, PA 1910-7696 | Unsecured Claim | $2,217.50 |
| 30. | PRTC<br>PO BOX 70239<br>SAN JUAN, PR 00936-8239 | Unsecured Claim | $128.52 |
| 31. | R G PREMIER BANK<br>PO BOX 362394<br>SAN JUAN PR 00936-2394 | Unsecured Claim | $21,954.21 |
| 32. | Saldana & Saldana Egozque<br>208 Ave Ponce de Leon Suite 1420<br>San Juan, PR 00918 | Unsecured Claim | $0.00 |
| 33. | WFNNB<br>PO Box 182273<br>Columbus, OH 43218-2273 | Unsecured Claim | $208.64 |

in re:   **DIOSDADA ROMERO LOPEZ**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| 34. | WFNNB | Unsecured Claim | $0.00 |
|---|---|---|---|
| | PO Box 182125 | | |
| | Columbus, OH 43218-2125 | | |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **DIOSDADA ROMERO LOPEZ** ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing   *Numbered Listing of Creditors,*
consisting of  __5__  sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor:  __/s/ DIOSDADA ROMERO LOPEZ__                                   Date: 06/17/2009
            **DIOSDADA ROMERO LOPEZ**

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### SAN JUAN DIVISION

In re  **DIOSDADA ROMERO LOPEZ**                    Case No.

Chapter      **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $500,000.00 | | |
| B - Personal Property | No | 4 | $20,920.00 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $580,662.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $31,851.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $260,278.29 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $6,200.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $4,747.36 |
| TOTAL | | 19 | $520,920.00 | $872,791.29 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### SAN JUAN DIVISION

In re  **DIOSDADA ROMERO LOPEZ**

Case No.

Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$31,851.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$31,851.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$6,200.00** |
| Average Expenses (from Schedule J, Line 18) | **$4,747.36** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$6,154.00** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$59,742.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$10,450.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$21,401.00** |
| 4.  Total from Schedule F | | **$260,278.29** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$341,421.29** |

B 1D (Official Form 1, Exhibit D) (12/08)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
SAN JUAN DIVISION**

In re:   **DIOSDADA ROMERO LOPEZ**                                    Case No. _____

                                                                                    (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**SAN JUAN DIVISION**

In re:   **DIOSDADA ROMERO LOPEZ**                                    Case No. _____

                                                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐ 4. I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ DIOSDADA ROMERO LOPEZ**_____
                                    DIOSDADA ROMERO LOPEZ

Date:   **06/17/2009**_____